# Exhibit A



# U.S. TRUST

Bank of America Private Wealth Management

## Account Statement

This Statement Covers
Nov. 01, 2008 through Nov. 30, 2008

### Table of Contents

| | Page |
|---|---|
| Account Summary | 3 |
| Portfolio Analysis | 5 |
| Portfolio Detail | 6 |
| Activity Detail | 7 |
| Affiliated Mutual Funds Schedules | 12 |
| Disclosure Statement | 15 |

### Messages

U.S. Trust is committed to providing you with customized wealth management solutions based on integrated advice across wealth planning and structuring, investments, and credit and banking.

Page 1 of 16

Trade Date

Trust Operations
PO Box 989010
Boston, MA 02298-9010

6005256  ■ 03 MB 1 042 **AUTO T0 0 4851 20001-275250    B    --- 505 05261

THOMAS FAY
700 5TH ST NW STE 200
WASHINGTON DC 20001-2752

**Account Name:** BANK OF AMERICA, N.A.
CUSTODIAN
FAY, PERLES, SCHWARTZ TRUSTEES
LABELLE DISCOTEQUE BMBNG PAT TR
CUSTODIAL AGRMNT DATED 09/08/08

**Account Number:** 42-01-100-1497130

**Investment Objective:** No Investment Responsibility

**Relationship Manager:**
Matthew D. Maclean 860.952.7136

**Portfolio Manager:**
Pete Tillinghast 860.952.7211

***Write:***
Bank of America, N.A.
777 Main St # CT2-102-04
Hartford CT 06115-2303





*** This Page Intentionally Left Blank ***



# U.S. TRUST
Bank of America Private Wealth Management

## Account Summary
Nov. 01, 2008 through Nov. 30, 2008

Trade Date

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

### Market Value $1,101,533.94

### Account Activity

| Description | Current Period | YTD Since 09/09/08 |
|---|---|---|
| Beginning Market Value | $0.00 | $0.00 |
| Deposits | 111,000,000.00 | 111,000,000.00 |
| Disbursements | -109,900,000.00 | -109,900,000.00 |
| Change in Market Value | 1,533.94 | 1,533.94 |
| Ending Market Value | $1,101,533.94 | $1,101,533.94 |
| Change in Account Value | 1,101,533.94 | 1,101,533.94 |

### Realized Gain/Loss Summary

| Description | Current Period | Fiscal YTD |
|---|---|---|
| Short-term | $0.00 | $0.00 |
| Long-term | 0.00 | 0.00 |
| Net Total | $0.00 | $0.00 |

### Income Summary
No Income Received

### Portfolio Allocation

Cash/Currency 100.0%

| Description | Market Value | Tax Cost | Estimated Annual Income | Current Yield |
|---|---|---|---|---|
| Cash/Currency | $1,101,533.94 | $1,100,000.00 | $1,364.00 | 0.1% |
| **Total Assets** | **$1,101,533.94** | **$1,100,000.00** | **$1,364.00** | **0.1%** |
| **Total** | **$1,101,533.94** | | | |

*Market Value includes accrued income unless otherwise noted.*
*The amounts shown throughout this statement should not be used in the preparation of tax documents. Detail specifying taxable nature of income will be provided with year-end tax documentation. Please consult your tax advisor.*

Trade Date



*16340802000*

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

# Account Summary
Nov. 01, 2008 through Nov. 30, 2008

## Cash Summary

|  | Current Period | | YTD Since 09/09/08 | |
|---|---|---|---|---|
|  | Income Cash | Principal Cash | Income Cash | Principal Cash |
| Beginning Value | $0.00 | $0.00 | $0.00 | $0.00 |
| Deposits | 0.00 | 111,000,000.00 | 0.00 | 111,000,000.00 |
| Disbursements | 0.00 | -109,900,000.00 | 0.00 | -109,900,000.00 |
| Net Automated Money Market Transactions | 0.00 | -1,100,000.00 | 0.00 | -1,100,000.00 |
| Ending Value | $0.00 | $0.00 | $0.00 | $0.00 |



# U.S. TRUST

Bank of America Private Wealth Management

## Portfolio Analysis
Nov. 01, 2008 through Nov. 30, 2008

Trade Date

***Account:*** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

### Portfolio Summary by Asset Class

| Description | Market Value | % of Account | % of Sector | Tax Cost | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|
| **Cash/Currency** | | | | | | |
| Cash Equivalents | $1,101,533.94 | 100.0% | 100.0% | $1,100,000.00 | $1,364.00 | 0.1% |
| **Total Cash/Currency** | **$1,101,533.94** | **100.0%** | **100.0%** | **$1,100,000.00** | **$1,364.00** | **0.1%** |
| **Total Assets** | **$1,101,533.94** | **100.0%** | | **$1,100,000.00** | **$1,364.00** | **0.1%** |
| **Total** | **$1,101,533.94** | | | **$1,100,000.00** | **$1,364.00** | |



*16350803000*

Trade Date

# Portfolio Detail

Nov. 01, 2008 through Nov. 30, 2008

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

| Units | Description | CUSIP Sector (2) | Market Value(1)/ Market Price | Accrued Income | Tax Cost/ Average Unit Cost | Unrealized Gain/Loss | Estimated Annual Income | Cur Yld/ YTM |
|---|---|---|---|---|---|---|---|---|
| **Cash/Currency** | | | | | | | | |
| **Cash Equivalents** | | | | | | | | |
| 1,100,000.000 | COLUMBIA TREASURY RESERVES CAPITAL CLASS | 19765K258 | $1,100,000.00 | $1,533.94 | $1,100,000.00 1.000 | $0.00 | $1,364.00 | 0.1% 0.1% |
| | **Total Cash Equivalents** | | $1,100,000.00 | $1,533.94 | $1,100,000.00 | $0.00 | $1,364.00 | 0.1% |
| **Total Cash/Currency** | | | $1,100,000.00 | $1,533.94 | $1,100,000.00 | $0.00 | $1,364.00 | 0.1% |
| **Total Portfolio** | | | $1,100,000.00 | | $1,100,000.00 | $0.00 | $1,364.00 | 0.1% |
| Accrued Income | | | $1,533.94 | | | | | |
| **Total** | | | **$1,101,533.94** | | | | | |

Page 6 of 16

(1) Market Value   ortfolio Detail section does not include Accrued Income.

6/16   6005256 001/001   6/16   0123270   04-333   505  T

# U.S. TRUST

Bank of America Private Wealth Management

## Activity Detail

Nov. 01, 2008 through Nov. 30, 2008

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

### Deposits

| Trade Date | Description | Income Cash | Principal Cash | Tax Cost | Realized Gain/Loss Short-term | Realized Gain/Loss Long-term |
|---|---|---|---|---|---|---|
| 11/17/08 | INCOMING WIRE TREAS PHIL FIN CTR/FUNDS TRANS DIV STA3 | | $111,000,000.00 | | | |
| **Total Deposits** | | **$0.00** | **$111,000,000.00** | **$0.00** | **$0.00** | **$0.00** |

### Disbursements

**Payments To/For Beneficiary**

| Date | Description | Principal Cash |
|---|---|---|
| 11/20/08 | THOMAS FORTUNE FAY WIRE TO ACCT INO THOMAS FAY LABELLE DISCOTEQUE SETTLEMENT | -$11,966,666.66 |
| 11/20/08 | BURKE & HERBERT BANK & TRUST CO. WIRE TO ACCT INO BURKE & HERBERT BANK & TRUST CO. LABELLE DISCOTEQUE SETTLEMENT | -5,550,000.00 |
| 11/20/08 | RONALD LOCKE WIRE TO ACCT INO RONALD LOCKE LABELLE DISCOTEQUE SETTLEMENT | -1,850,000.00 |
| 11/20/08 | JEREMY HALL WIRE TO ACCT INO JEREMY HALL LABELLE DISCOTEQUE SETTLEMENT | -1,850,000.00 |
| 11/20/08 | J C ANDREWS WIRE TO ACCT INO J.C. ANDREWS LABELLE DISCOTEQUE SETTLEMENT | -1,850,000.00 |
| 11/20/08 | GARY DAMON WIRE TO ACCT INO GARY DAMON LABELLE DISCOTEQUE SETTLEMENT | -1,850,000.00 |
| 11/20/08 | TERRY KEN FINCH WIRE TO ACCT INO TERRY KEN FINCH LABELLE DISCOTEQUE SETTLEMENT | -1,850,000.00 |
| 11/20/08 | ALAN DARNELL LEE WIRE TO ACCT INO ALAN DARNELL LEE LABELLE DISCOTEQUE SETTLEMENT | -1,850,000.00 |

Trade Date

*16360804000*

# Activity Detail

Nov. 01, 2008 through Nov. 30, 2008

**Account:** 42-01-100-1497130  LABELLE DISCOTEQUE BMBNG PAT TR

| Date | Description | Income Cash | Principal Cash | Tax Cost | Realized Gain/Loss Short-term | Realized Gain/Loss Long-term |
|---|---|---|---|---|---|---|
| **Disbursements (cont)** | | | | | | |
| **Payments To/For Beneficiary (cont)** | | | | | | |
| 11/20/08 | CURTIS WILLIAMS<br>WIRE TO ACCT INO CURTIS WILLIAMS<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | JOHN DAVID JACKSON<br>WIRE TO A/C INO JOHN DAVID JACKSON<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | JAMES ZEIGLER<br>WIRE TO ACCT INO JAMES ZEIGLER<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | RALPH O'NEIL HUNTER<br>WIRE: A/C INO RALPH O'NEIL HUNTER<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | MARVIN L RAGIN<br>WIRE TO ACCT INO MARVIN L RAGIN<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | DONALD HAM<br>WIRE TO ACCT INO DONALD HAM<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | MICHAEL A WILLIAMS<br>WIRE TO A/C INO MICHAEL A WILLIAMS<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | ANN MARIE ARNICAR<br>WIRE TO ACCT INO ANN MARIE ARNICAR<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | JAMES GREEN<br>WIRE TO ACCT INO JAMES GREEN<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | ROBERT LEE JONES<br>WIRE TO ACCT INO ROBERT LEE JONES<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | TRACY BILLINGSLEA<br>WIRE TO ACCT INO TRACY BILLINGSLEA<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |

Page 8 of 16

# U.S. TRUST
Bank of America Private Wealth Management

## Activity Detail
Nov. 01, 2008 through Nov. 30, 2008

Trade Date

**Account:** 42-01-100-1497130    LABELLE DISCOTEQUE BMBNG PAT TR

### Disbursements (cont)

#### Payments To/For Beneficiary (cont)

| Date | Description | Income Cash | Principal Cash | Tax Cost | Realized Gain/Loss Short-term | Realized Gain/Loss Long-term |
|---|---|---|---|---|---|---|
| 11/20/08 | REGINALD BORDERS<br>WIRE TO ACCT INO REGINALD BORDERS<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | CHARLES V STAPLES<br>WIRE TO ACCT INO CHARLES V STAPLES<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | ULYSSES MAYS JR<br>WIRE TO ACCT INO ULYSSES MAYS JR<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | RICK TUCKER<br>WIRE TO ACCT INO RICK TUCKER<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | JEFFERY SUTTON<br>WIRE TO ACCT INO JEFFERY SUTTON<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | FRANK MCDOUGALD<br>WIRE TO ACCT INO FRANK MCDOUGALD<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | STACY DEMPS<br>WIRE TO ACCT INO STACY DEMPS<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | ALEX LORENZO JACKSON<br>WIRE TO ACCT INO ALEX L JACKSON<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | LEROY CRAIG<br>WIRE TO ACCT INO LEROY CRAIG<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | LARRY DARNELL NORTHINGTON<br>WIRE TO ACCT INO LARRY NORTHINGTON<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | DAVID JACKSON<br>WIRE TO ACCT INO DAVID JACKSON<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |

Trade Date

## Activity Detail

Nov. 01, 2008 through Nov. 30, 2008

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

| Date | Description | Income Cash | Principal Cash | Tax Cost | Short-term Realized Gain/Loss | Long-term Realized Gain/Loss |
|---|---|---|---|---|---|---|
| **Disbursements (cont)** | | | | | | |
| *Payments To/For Beneficiary (cont)* | | | | | | |
| 11/20/08 | PATRICK PETTWAY<br>WIRE TO ACCT INO PATRICK PETTWAY<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | ALLEN JEFFREY CONES<br>WIRE TO ACCT INO ALLEN J CONES<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | WILLIAM GILMORE<br>WIRE TO ACCT INO WILLIAM GILMORE<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | MICHAEL V ONEAL<br>WIRE TO ACCT INO MICHAEL ONEAL<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | CEDRIC WOOLFORK<br>WIRE TO ACCT INO CEDRIC WOOLFORK<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | EARL MARSHALL<br>WIRE TO ACCT INO EARL MARSHALL<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | LARRY RUFF<br>WIRE TO ACCT INO LARRY RUFF<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | GERALD CLARK<br>WIRE TO ACCT INO GERALD CLARK<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| 11/20/08 | ERNEST RIOS<br>WIRE TO ACCT INO ERNEST RIOS<br>LABELLE DISCOTEQUE SETTLEMENT | | -1,850,000.00 | | | |
| **Total Payments To/For Beneficiary** | | $0.00 | -$85,966,666.66 | $0.00 | $0.00 | $0.00 |
| **Other Expenses** | | | | | | |
| 11/20/08 | PAUL W. SCHWARZ<br>TRANSFER PRINCIPAL CASH TO<br>ACCOUNT 42-01-100-1563725<br>LABELLE DISCOTEQUE SETTLEMENT | | -$11,966,666.67 | | | |

Page 10 of 16



# U.S. TRUST

Bank of America Private Wealth Management

## Activity Detail

Nov. 01, 2008 through Nov. 30, 2008

Trade Date

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

| Date | Description | Income Cash | Principal Cash | Tax Cost | Realized Gain/Loss Short-term | Realized Gain/Loss Long-term |
|---|---|---|---|---|---|---|
| **Disbursements (cont)** | | | | | | |
| **Other Expenses (cont)** | | | | | | |
| 11/20/08 | STEVEN PERLES TRANSFER PRINCIPAL CASH TO ACCOUNT 42-01-100-8521817 LABELLE DISCOTEQUE SETTLEMENT | | -11,966,666.67 | | | |
| | **Total Other Expenses** | $0.00 | -$23,933,333.34 | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements** | $0.00 | -$109,900,000.00 | $0.00 | $0.00 | $0.00 |
| **Net Automated Money Market Transactions** | | | | | | |
| 11/28/08 | COLUMBIA TREASURY RESERVES CAPITAL CLASS MONEY MARKET PURCHASE | | -$1,100,000.00 | $1,100,000.00 | | |
| | **Total Net Automated Money Market Transactions** | $0.00 | -$1,100,000.00 | $1,100,000.00 | $0.00 | $0.00 |



*16380806000*

Trade Date

## Affiliated Mutual Funds - Current Period Fees & Expenses
Nov. 01, 2008 through Nov. 30, 2008

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

| Units | Affiliated Fund Name | CUSIP | Annual Expense Ratio * | Current Period Fees & Expenses** | Ending Market Value |
|---|---|---|---|---|---|
| 1,100,000.000 | COLUMBIA TREASURY RESERVES | 19765K258 | 0.20% | $183.33 | $1,100,000.00 |

Page 12 of 16

-12/16   6005256  001/001   12/16   0123276   04-333  505  T



# U.S. TRUST
Bank of America Private Wealth Management

## Affiliated Mutual Funds – Hypothetical Future Fees & Expenses
Nov. 01, 2008 through Nov. 30, 2008

Trade Date

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR   19765K258

**COLUMBIA TREASURY RESERVES**
Initial Hypothetical Investment ****   $10,000.00
Assumed Rate of Return   5%

| Year | Cumulative Return Before Fees & Expenses | Annual Expense Ratio*** | Cumulative Return After Fees & Expenses | Hypothetical Year End Balance After Fees & Expenses | Annual Fees & Expenses |
|---|---|---|---|---|---|
| 1  | 5.00%  | 0.20% | 4.80% | $10,480.00 | $20.48 |
| 2  | 10.25  | 0.26  | 9.77  | 10,976.75  | 27.89  |
| 3  | 15.76  | 0.26  | 14.97 | 11,497.05  | 29.22  |
| 4  | 21.55  | 0.26  | 20.42 | 12,042.01  | 30.60  |
| 5  | 27.63  | 0.26  | 26.13 | 12,612.80  | 32.05  |
| 6  | 34.01  | 0.26  | 32.11 | 13,210.65  | 33.57  |
| 7  | 40.71  | 0.26  | 38.37 | 13,836.83  | 35.16  |
| 8  | 47.75  | 0.26  | 44.93 | 14,492.70  | 36.83  |
| 9  | 55.13  | 0.26  | 51.80 | 15,179.65  | 38.57  |
| 10 | 62.89  | 0.26  | 58.99 | 15,899.17  | 40.40  |

Total Gain After Fees & Expenses   $5,899.17
Total Annual Fees & Expenses   $324.78

Page 13 of 16



Trade Date

*16390807000*

**Affiliated Mutual Funds - Footnotes**
Nov. 01, 2008 through Nov. 30, 2008

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

**Current Period Fees & Expenses:**
The mutual funds referenced within the Current Period Fees & Expenses table are distributed by Columbia Management Distributors, Inc. Columbia Management Distributors, Inc., a member of Columbia Management Group, LLC, a Bank of America Corporation company, is an affiliate of Banc of America Investment Services, Inc.
* Annual Expense Ratio is based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement, may have been restated to reflect current service provider fees, and are net of any waivers, reimbursements or caps that the fund's manager has committed to the fund and that are currently in effect. Expense ratios are updated in conjunction with the annual updates to the fund's prospectus. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratio is estimated.
** Current Period Fees & Expenses are approximate, assume that the investor held shares of the fund valued at the ending balance for the entire period, and do not include the effect of any transactions that may have been made during the period.

**Hypothetical Fees & Expenses:**
*** Annual Expense Ratios are based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement, may have been restated to reflect current service provider fees, and are net of any waivers, reimbursements or caps that the fund's manager has committed to the fund for the period of the commitment. Annual Expense Ratios are updated in conjunction with annual updates to the fund's prospectus. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratios are estimated.

**** Assumptions:
- The hypothetical information shown calculates the approximate fees and expenses that would be charged on the Initial Hypothetical Investment of $10,000, based on a 5% return each year. Actual results may vary. The fee and expense information shown assumes that all dividends and distributions are reinvested in the fund.
- Annual Fees & Expenses are approximate, assume that the investor had an initial investment of $10,000 and held shares of the fund for an entire 10-year period and do not include contingent deferred sales charges.
- For Class B and G shares, the expense ratios reflect fee reductions resulting from conversion to Class A and Class T shares, respectively, for shares held after year eight.
- For Class A and T shares, the year one Annual Fees & Expenses and Hypothetical Year-End Balance After Fees & Expenses information shown include the dollar amount and effect of any applicable front-end sales charge of the fund.
- Annual Fees & Expenses are calculated based on the average between the beginning and ending balance for each year. All information is calculated on an annual compounding basis.
- Hypothetical Future Fees & Expenses are hypothetical and should not be used or construed as an offer to sell, a solicitation of an offer to buy, or a recommendation or endorsement of any specific mutual fund. Mutual fund fees and expenses fluctuate over time and actual expenses may be higher or lower than those shown. You should carefully review the fund's prospectus to consider the investment objectives, risks, expenses and charges of the fund prior to investing.

**Additional Disclosures Applicable to Current Period Fees & Expenses and to Hypothetical Future Fees & Expenses:**
- *Additional fee information, including a summary of an independent fee consultant's management fee evaluation, is available at www.columbiafunds.com and in shareholder reports.*
- Fees disclosed here for a Fund that invests in one or more underlying Portfolio(s) include the Fund's portion of the fees and expenses deducted from the assets of the underlying Portfolio(s).
- Fees disclosed here for a Fund that is held through a wrap fee program do not include the separate fees and expenses that are imposed under the wrap fee program.

Page 14 of 16

# U.S. TRUST

Bank of America Private Wealth Management

## Disclosure Statement
Nov. 01, 2008 through Nov. 30, 2008

Trade Date

**Account:** 42-01-100-1497130   LABELLE DISCOTEQUE BMBNG PAT TR

**Common Trust Funds and Collective Investment Fund Disclosure:**
If you are a participant in a Bank of America Common Trust Fund or Collective Investment Fund, a full copy of the most recent audited annual report is available upon request without charge. Please call your client team for a copy.

**Statement Content Disclosure:**
This statement was prepared to provide you with a detailed record of information for the period covered by this report. The gain/loss and income figures presented are preliminary and approximate and should not be used for tax preparation. Estimated annual income may differ from actual income received and should not be used for tax preparation. If you have any questions regarding this statement or your account, please call your client team.

**NYSE Specialist Disclosure:**
Bank of America, N.A. is associated with a NYSE Specialist, which may make a market in a security referenced herein. The Specialist may have a "long" or "short" inventory position and, as a result of being a market maker, may be on the opposite side of transactions on the Floor of the NYSE in such security.

**Affiliate Disclosures:**
Affiliates of Bank of America may provide services relating to certain investments in your account. These services may, where appropriate, include underwriting or participating in the syndication of securities purchased for your account and executing brokerage transactions for your account. Bank of America will, where appropriate, invest your account in mutual funds for which affiliates provide investment advice and other services, or in Bank depository vehicles for which the Bank receives a financial benefit. Affiliates are compensated for these services and transactions in accordance with applicable law.

The overall investment activities of Bank of America and its affiliates may limit the investment opportunities for accounts under their management (collectively, the "Accounts") in certain markets in which limitations are imposed by regulators upon the amount of investment by affiliated investors, in the aggregate or in individual issuers. From time to time, the Account's activities also may be restricted because of regulatory restrictions applicable to Bank of America and its affiliates, and/or their internal policies.

**Auction Rate Securities Notice:**
To holders of Auction Rate Securities: Due to recent unprecedented conditions in the Auction Rate Securities market, the pricing of Auction Rate Securities as reflected on your statement may not be indicative of readily available pricing if you desired to and could liquidate these holdings. Additionally, some Auction Rate Securities may not be priced and will reflect a valuation of unavailable or zero. Thus, these securities will not be included in the account's market valuation total.

**Limitation Notice for Trust Accounts:**
For trusts governed by District of Columbia law, you have one year from the mailing of this accounting report or other written report to commence a proceeding against the trustee for a claim of breach of trust with respect to any matter disclosed within the report.

Page 15 of 16

*** This Page Intentionally Left Blank ***

Page 16 of 16

# Exhibit B

Agreement

The sum of $1,100,000 will be retained in the LaBelle Discoteque Bombing Patriots Trust (the "Trust"). The Trust will continue in force until January 23, 2009. Said sum will then be paid in equal shares to the Trustees of said Trust unless suit has been filed by Michael Bregman against any of the Trustees by the close of business on January 22, 2009. If notice of suit has been given to any Trustee such Trustee shall instruct Bank of America, in writing, to <u>not</u> make distribution of said sum on January 23, 2009. Absent such notice in writing, said sum shall be distributed on January 23, 2009 as above described.

This agreement cannot be construed to constitute an admission of liability to Michael Bregman or any other party to this agreement, nor shall said sum be deemed to constitute security for payment of any amount found by any court or arbitration to be owed to Michael Bregman as to those allegations set forth in the letter of September 9, 2008 from Thomas M. Buchanan to the undersigned parties.

In the event of any dispute as to the interpretation or enforceability of this agreement, District of Columbia law shall apply.

November 19, 2008

<u>The Trustees of the LaBelle Discoteque Bombing Patriots Trust</u>

_____
Steven R. Perles

_____
Paul W. Schwarz

_____
Thomas Fortune Fay

I hereby acknowledge that Thomas Fortune Fay, Steven R. Perles and Paul W. Schwarz signed this document in my presence and as their free act and deed this 19th day of November 2008.

_____
Notary Public

DONNA M. COLE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 31, 2010