# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL J. BREGMAN**,<br><br>       Plaintiff,<br><br>v.<br><br>**STEVEN R. PERLES, et al.**,<br><br>       Defendants. | Civil Action No. 11-cv-1886 (RLW) |

## ORDER

Upon consideration of the briefs and oral argument submitted in connection with Defendants' Motions to Dismiss, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendant Paul W. Schwarz' Motion to Dismiss (Dkt. No. 5) is hereby **GRANTED**; and it is,

**FURTHER ORDERED** that Defendant Thomas Fortune Fay's Motion to Dismiss (Dkt. No. 11) is hereby **GRANTED**; and it is,

**FURTHER ORDERED** that Defendant Steven Perles' Motion to Dismiss (Dkt. No. 8) is hereby **GRANTED IN PART** and **DENIED IN PART** as set forth in the attached Memorandum Opinion.

Date:   August 17, 2012

ROBERT L. WILKINS
United States District Judge