IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. BREGMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN R. PERLES, et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:11-cv-01886-RLW |

## ORDER

At the Status Conference hearing held in this matter on September 17, 2012, Plaintiff Michael J. Bregman ("Bregman") and Defendant Paul W. Schwarz ("Schwarz") requested that the Court direct entry of final judgment in this matter with respect to Counts I (Declaratory Judgment) and IV (Unjust Enrichment) of the Complaint pursuant to Fed. R. Civ. P. 54(b). All parties agree to this requested relief.

Based on the argument of counsel and the complete record in this proceeding, the Court hereby finds that there is no just reason for delay in entering final judgment with respect to Counts I and IV of the complaint. Because final judgment is being entered with respect to Counts I and IV in their entirety, there is no danger that the Court of Appeals will have to address these claims or the same legal issues twice.

The equities also weigh in favor of entry of final judgment. Entry of final judgment as to Counts I and IV will provide finality on a more expeditious basis for defendants Fay and Schwarz, as plaintiff's remaining claims for breach of contract are asserted only against defendant Perles, and there is no just reason to impose the costs and burden of monitoring the ongoing litigation on Fay and Schwarz. If Bregman decides to pursue an appeal of Count I

- 2 -

and/or Count IV, a prompt appellate decision regarding these claims will promote efficient litigation of all claims in the complaint. If the ruling on Count I or Count IV is reversed, Fay and Schwarz would re-join the litigation, allowing for more efficient discovery, dispositive motions, and/or trial.

It is hereby ORDERED that the Court enters final judgment in favor of defendants and against plaintiff with respect to Counts I and IV in Plaintiff's Complaint (Dkt. No. 1).

Date: September 20, 2012

_____
ROBERT L. WILKINS
United States District Judge